UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>HENRY NAVARRO,<br><br>    Defendant. | No. CR 08-0419 WHA<br><br>[~~proposed~~] ORDER |

For good cause shown, the stipulated motion to continue the plea hearing of defendant Henry Navarro is GRANTED and the hearing is continued from April 1 to April 7, 2009, at 2:00 p.m. before this Court.

IT IS SO ORDERED
Judge William Alsup

Dated: March 31, 2009

_____
Hon. William H. Alsup
United States District Court Judge

ORDER
CR 08-0419 WHA