JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

NATHANAEL M. COUSINS (CABN 177944)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7368
    Facsimile: (415) 436-7234
    E-Mail: nat.cousins@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> HENRY NAVARRO, ) <br> ) <br>     Defendant. ) <br> ) | No. CR 08-0419 WHA <br><br> **STIPULATED MOTION TO CONTINUE SENTENCING HEARING FROM JULY 7 TO AUGUST 25, 2009; and [proposed] ORDER** |

    The parties jointly move to continue the sentencing hearing for Henry Navarro from July 7 to August 25, 2009, at 2:00 p.m. Mr. Navarro pleaded guilty to a single count of Conspiracy to Commit Marriage Fraud and to Make a False Statement on an Immigration Document in violation of 18 U.S.C. § 371, 8 U.S.C. § 1325(c), and 18 U.S.C. § 1546(a). He is not in custody.

    The reason for the request is that the government continues to require the assistance of Mr. Navarro in connection with the sentencing of co-defendant Kwan Tsoi. Defendant Tsoi will be sentenced July 28. The government anticipates that it will file a

MOTION TO CONTINUE
CR 08-0419 WHA

motion for downward departure under U.S.S.G. § 5K1.1 for Mr. Navarro. The parties therefore have a joint interest in having Mr. Navarro's sentencing follow Ms. Tsoi's.

In addition, undersigned counsel will not be available during the period of August 3 to August 18. The parties therefore respectfully request that the Court continue the sentencing hearing from July 7 to August 25.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: June 11, 2009

/s/

NATHANAEL M. COUSINS
Assistant United States Attorney


/s/

SHANA KEATING
Attorney for Defendant Henry Navarro

* * *

### [proposed] ORDER
### U.S. v. Henry Navarro, CR 08-0419

For good cause shown, it is ORDERED that the sentencing hearing for Henry Navarro is continued to August 25, 2009, at 2:00 p.m.

Date: June 17, 2009

IT IS SO ORDERED
Judge William Alsup

MOTION TO CONTINUE
CR 08-0419 WHA                                  2